# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS TERRILL RYLES, | Case No. EDCV 19-1120-JLS (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action Without Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: 12/16/2019

HON. JOSEPHINE L. STATON
United States District Judge